# EXHIBIT 2

EXHIBIT 2

