# EXHIBIT 5

EXHIBIT 5

