# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 2/10/2025          TIME: 3:30 PM          TIME IN COURT: 15 min.

CASE:   **Al Khadlaj Perfumes Industries L.L.C. v. Aroma Concepts LLC et al
2:24-cv-05427-JMA-ARL**

APPEARANCES:   Plaintiff:   Thomas Telesca

Defendant:   Benjamin Lehberger, Liandra Izquierdo

FTR: CISCO

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set for motion:
    Moving papers to be served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial is scheduled for  before Judge Azrack.
- ☒ A further telephone status conference is set for 4/9/2025 at 2:00 PM before Judge Joan M. Azrack.  Counsel shall dial 571-353-2301 and enter access code 279933568 at the prompt.
- ☒ Other: The default is vacated.  The case is respectfully referred to Mediation, to be completed prior to the next status conference.  An Initial Conference should be held in abeyance pending resolution of the case.